## APPLE *v.* ATKINSON.

SUPREME COURT.—*Assignment of Errors.*—There being no error assigned, upon an appeal to the Supreme Court, for any ruling of the court below on any pleading, or for the refusal to grant a new trial, the judgment was affirmed.

SAME.—*Petition for Rehearing.*—A petition for a rehearing signed by a person not a party, without any designation, prefix, or addition, to indicate that he is an attorney for a party, is not entitled to consideration by the Supreme Court.

APPEAL from the Marion Civil Circuit Court.

PETTIT, C. J.—There is no error assigned for any ruling of the court below on any pleading, nor for the refusal of the court to grant a new trial. We can, therefore, do nothing in the case but affirm the judgment, which is done at the costs of the appellant.

ON PETITION FOR A REHEARING.

PETTIT, C. J.—There is a paper filed in this case, purporting to be a petition for a rehearing, which is signed " Finch & Finch." These gentlemen are not parties to this suit, and they have not condescended, by any designation, prefix, or addition to their names, to inform us whether they are the attorneys of a party, or mere volunteers; if the latter, the petition is not entitled to consideration. But we have examined the paper as though it were properly signed, and

find no good reason for granting a rehearing; and the petition is overruled.

*F. M. Finch* and *J. A. Finch,* for appellant.

*S. Major,* for appellee.